UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LARRY CRAWFORD,

    Plaintiff,

    v.                                                 Case No. 07-C-470

DEPUTY SUTTON, SERGEANT JENNINGS,
and NURSE JANE DOE,

    Defendants.

## ORDER

On February 26, 2009, plaintiff filed a motion for discovery which is premature and will be denied. The motion appears to merely be a request for discovery from defendants. To the extent plaintiff seeks an order from the court compelling defendants to respond, plaintiff must first seek information from defendants by serving a discovery request upon them, and then make a good-faith effort to resolve any discovery disputes personally before petitioning the court. See Civil Local Rule 37.1 ("All motions for discovery . . . must be accompanied by a written statement by the movant that after personal consultation with the party adverse to the motion and after sincere attempts to resolve their differences, the parties are unable to reach an accord. The statement must also recite the date and time of such conference and the names of all parties participating in it.").

**IT IS THEREFORE ORDERED** that plaintiff's motion for discovery (Docket # 52) is **DENIED** as premature.

Dated at Milwaukee, Wisconsin, this 26 day of May, 2009.

/s_____
LYNN ADELMAN
U.S. District Judge