# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY CRAWFORD,

    Plaintiff,                 Case No. 07CV0470

    v.

DEPUTY SUTTON,
SERGEANT JENNINGS, and
JANE DOE,

    Defendant.

## ORDER

A review of this file discloses that the defendants Deputy Sutton and Sgt. Jennings, as well as defendant Jane Doe filed two separate motions for summary judgment. Court records indicate that copies of the motions and supporting briefs were mailed to the plaintiff on June 16, 2009. Under the applicable procedural rules, the plaintiff's responses to those motions should have been filed on or before July 16, 2009.

Briefing schedules are set forth in Civil L.R. 7.1 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court.

Court records show that the plaintiff did not file any response to the defendants' motion. Consequently, this action may be dismissed with prejudice for lack of prosecution, pursuant to Civil Local Rule 41.3 (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless the plaintiff responds to the defendants' motion and/or establishes just cause for his failure to respond to said motion as required.

**NOW, THEREFORE, IT IS ORDERED** that this case is dismissed with prejudice,

effective August 28, 2009, unless prior to said date the plaintiff responds to the defendants' motions for summary judgment.

Dated at Milwaukee, Wisconsin this 29th day of July.

BY THE COURT:

/s_____
Lynn Adelman
United States District Court Judge

## Civil L.R. 41.3

## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.

O:\CASES\Civil\07c0470\Order - Warning crawford 7-470.wpd